UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EUGENE BRIAN GARVIE,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>STATE OF WASHINGTON,<br><br>　　　　　Respondent. | Case No. 2:18-CV-01371-JLR-BAT<br><br>**ORDER DISMISSING CASE** |

The Court, having reviewed the record, and the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, does hereby **ORDER**:

(1) The Court adopts the Report and Recommendation;

(2) The federal habeas petition is **DISMISSED with prejudice**;

(3) The Clerk of Court is directed to send copies of this Order to Petitioner.

DATED this 25th day of March, 2019.

　　　　　　　　　　　　　　　　　　　　JAMES L. ROBART
　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER DISMISSING CASE - 1